AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CORNELIOUS CLARK,**

        Plaintiff,

       V.              CASE NUMBER: **04-C-890**

**MILWAUKEE COUNTY,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED.**

**Plaintiff has not shown direct evidence to support his claims of violations of his rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e** *et seq.*, **nor has he established a** *prima facie* **case of race discrimination with regard to the discipline imposed upon him.**

**This action is hereby DISMISSED.**

      **September 20, 2006**                             **SOFRON B. NEDILSKY**
Date                                                           Clerk

                                                            s/ Linda M. Zik
                                                            (By) Deputy Clerk